928

No. 435, Misc. Ross *v.* WILLINGHAM, WARDEN. C. A. 3d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondent.

No. 497, Misc. GLOVER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 508, Misc. SHOREY *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 541, Misc. LIPSCOMB *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 545, Misc. O'BRIEN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 547, Misc. KOHLFUSS *v.* WARDEN, CONNECTICUT STATE PRISON. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 551, Misc. BOYNTON *v.* OHIO. Supreme Court of Ohio. Certiorari denied.

No. 558, Misc. MALDONADO *v.* EYMAN, WARDEN, ET AL. Supreme Court of Arizona. Certiorari denied.